and *L. T. Izlar*, for appellant.   *John T. Sloan, jr.*, and *A. J. Green*, for respondents.

No. 3176.   STATE *v.* SALTERS, April Term, 1893.   On the call of this cause for a hearing, no one appeared for the defendant, appellant.   Whereupon, on motion of Mr. Solicitor Wilson, for the State, the appeal was declared abandoned for want of prosecution.   Order PER CURIAM, May 4, 1893.

No. 3177.   STATE *v.* KEELS, April Term, 1893.   On May 4, 1893, Mr. Solicitor Wilson made affidavit that notice of appeal was served upon him on October 8, 1892, that the Case for Appeal was agreed upon on January 10, 1893, and that no return had yet been filed, attaching to his affidavit a certificate from the clerk of this court that no return had been filed.   An order was thereupon obtained from the Chief Justice, dismissing the appeal for want of prosecution.   And thereafter the *remittitur* was sent down.